UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

NO. 1:08-CR-00186-NCT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| DONALD TIBERIO ARMSTRONG, | ) | |
|     Defendant | ) | |

Notice is hereby given that Donald Tiberio Armstrong, Defendant in the above-named case, appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment on revocation of supervised release dated May 30, 2019.

Since the defendant is an indigent person now confined to the Bureau of Prisons for 37 months, the defendant is indigent as defined by law and he requests the appointment of counsel.

This the 3rd day of June, 2019.

          By:   /s/ Jamie L. Vavonese
                  Jamie L. Vavonese
                  NC State Bar No. 34264
                  VAVONESE LAW FIRM, PC
                  PO BOX 1656
                  Raleigh, NC 27602
                  (919) 833-7454
                  (919)833-7457 (Fax)
                  jlv@vavolaw.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Assistant United States Attorney by delivering a copy electronically at the following address:

>Terry Meinecke
>Assistant United States Attorney
>Terry.meineckel@usdoj.gov

This 3rd day of June, 2019.

By: /s/ Jamie L. Vavonese
Jamie L. Vavonese
NC State Bar No. 34264
VAVONESE LAW FIRM, PC
PO BOX 1656
Raleigh, NC 27602
(919) 833-7454
(919) 833-7457 (Fax)
jlv@vavolaw.com